# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| Andrew McKevitz <br><br> *Plaintiff(s)* <br> v. <br> Narin Charanvattanakit aka Narin Charan <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:18-cv-131 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 1950 East 17th, 3rd Floor, # 300
Santa Ana, California 90705

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen H. Byrd, Attorney at Law
9051 Executive Park Drive, Suite 200
Knoxville, Tennessee 37923

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/27/2018

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Narin Charanvattanakit aka Narin Charan
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Narin Charin, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* April 2, 2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/12/18

*Stephen H. Byrd* (signature)
*Server's signature*

Stephen H. Byrd, Plaintiff's Attorney
*Printed name and title*

9051 Executive Park Drive
Suite 200
Knoxville, Tennessee 37923
*Server's address*

Additional information regarding attempted service, etc:



**USPS TRACKING #**

9590 9402 2662 6336 0606 77

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Stephen H. Byrd, Esq.
9051 Executive Park Dr.
Suite 200
Knoxville, TN 37923


USPS TRACKING #

9590 9402 2662 6336 0606 77

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4® in this box●

Stephen H. Byrd, Esq.
9051 Executive Park Dr.
Suite 200
Knoxville, TN 37923