UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ANDREW McKEVITZ,<br><br>    Plaintiff,<br>v.<br><br>CAPITAL ALLIANCE GROUP, CAPITAL ALLIANCE PARTNERS, LLC, NARIN CHARANVATTANAKIT aka NARIN CHARAN and MARK MENDOZA<br><br>    Defendant. | Case No: 3:18-cv-00131-JRG-HBG<br><br>Hon. Judge J. Ronnie Greer<br>Hon. Mag. H. Bruce Guyton |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to FED. R. CIV. P. 7.1, Defendants Capital Alliance Group, Capital Alliance Partners, LLC, Narin Charanvattanakit aka Narin Charan and Mark Mendoza (collectively "Defendants"), by and through its undersigned attorneys, states as follows:

Defendants have no parent corporation, and no publicly traded corporation owns 10% or more stock in any Defendant.

Dated May 22, 2018             Respectfully submitted,

                         s/Cathy H. Morton
                         Cathy H. Morton, Esq. Tn BPR 010240
                         Kizer-Black Attorneys, PLLC
                         217 E. Broadway Ave.
                         Maryville, TN. 37804

Tel: 865-980-1602
Fax: 865-908-1643

THE RESTIS LAW FIRM, P.C.

s/William R. Restis
William R. Restis, Esq.
550 West C Street, Suite 1760
San Diego, CA 92101
Tel: +1.619.270.8383
Fax: +1.619.752.1552
Email: william@restislaw.com

ATTORNEY FOR DEFENDANTS
*(Pro hac vice forthcoming)*