UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ANDREW McKEVITZ,<br><br>                Plaintiff,<br>v.<br><br>CAPITAL ALLIANCE GROUP,<br>CAPITAL ALLIANCE PARTNERS,<br>LLC, NARIN CHARANVATTANAKIT<br>aka NARIN CHARIN and MARK<br>MENDOZA<br><br>                Defendant. | Case No: 3:18-cv-00131-JRG-HBG |

NOTICE OF AMENDMENT TO
MOTION TO TRANSFER TO THE SOUTHERN DISTRICT OF CALIFORNIA
PURSUANT TO 28 U.S.C. § 1404 DUE TO "EXCLUSIVE AND CONTINUING
JURISDICTION" FROM PRIOR CLASS ACTION SETTLEMENT and
MEMORANDUM OF LAW IN SUPPORT (Dkt No 23)

PLEASE TAKE NOTICE that pursuant to LR 7.1(d), defendants Capital Alliance Group, Capital Alliance Partners, LLC, Narin Charanvattanakit aka Narin Charan, and Mark Mendoza (collectively "Defendants") hereby respectfully submit this Notice of Amendment to their *Motion to Transfer to the Southern District of California Pursuant to 28 U.S.C. § 1404 Due to "Exclusive and Continuing Jurisdiction" From Prior Class Action Settlement*, which was filed on June 5, 2018 at Docket Number 23 (referred to on the Court's docket as the "Motion to Change Venue") to correct a recently discovered incorrect statement of fact.

Counsel for Defendant has conferred with counsel for Plaintiff Andrew McKevitz prior to submitting this correction. Plaintiff does not oppose this correction, and agrees with Defendants that no additional briefing is necessary in response thereto.

In accordance with Local Rule 15.1, a copy of the Motion as amended is attached hereto.

Dated January 2, 2019

Respectfully submitted,

THE RESTIS LAW FIRM, P.C.

/s/ William R. Restis
William R. Restis, Esq.

402 West Broadway, Suite 1520
San Diego, CA 92101
Tel: +1.619.270.8383
Fax: +1.619.752.1552
Email: william@restislaw.com

ATTORNEY FOR DEFENDANTS
*(Admitted pro hac vice)*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ANDREW McKEVITZ,<br><br>     Plaintiff,<br>v.<br><br>CAPITAL ALLIANCE GROUP, CAPITAL ALLIANCE PARTNERS, LLC, NARIN CHARANVATTANAKIT aka NARIN CHARIN and MARK MENDOZA<br><br>     Defendant. | Case No: 3:18-cv-00131-JRG-HBG |

PROOF OF SERVICE

I, the undersigned, declare that I am over the age of eighteen (18) years and not a party to the within action. I am employed in the County of San Diego, State of California. My business address is 402 W. Broadway, Suite 1520, San Diego, California 92101.

I served the following document(s) on January 2, 2019:

- **NOTICE OF AMENDMENT TO MOTION TO TRANSFER TO THE SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404 DUE TO "EXCLUSIVE AND CONTINUING JURISDICTION" FROM PRIOR CLASS ACTION SETTLEMENT AND MEMORANDUM OF LAW IN SUPPORT (Dkt No 23);**

- *AMENDED* **MOTION TO TRANSFER TO THE SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404 DUE TO "EXCLUSIVE AND CONTINUING JURISDICTION" FROM PRIOR CLASS ACTION SETTLEMENT and MEMORANDUM OF LAW IN SUPPORT**

On the person(s) listed below:

Stephen H. Byrd, Esq.
9051 Executive Park Drive, Suite 200
Knoxville, TN 37923
865-250-1968
bunkybyrd@gmail.com

**VIA NOTICE OF ELECTRONIC FILING (ECF):** Electronic Services via the Court's CM/ECF system pursuant LR5.2.

I declare under penalty of perjury under the laws of the United State of America, that the foregoing is true and correct and that I am employed in the office, at whose direction the within service was made.

Executed: January 2, 2019, at San Diego, California.

        /s/ William R. Restis_____
        William R. Restis, Esq.
        Email: william@restislaw.com